# ELECTRONIC RECORD

COA #   01-14-00477-CR          OFFENSE:   22.011 (Sexual Assault)

STYLE:   Ken Scripa v. The State of Texas          COUNTY:   Harris

COA DISPOSITION:          AFFIRM          TRIAL COURT:   174th District Court

DATE: 07/02/2015          Publish: NO   TC CASE #:   1365724

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Ken Scripa v. The State of Texas          CCA #:   971-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:          _____

_____REFUSED_____          JUDGE:          _____

DATE: 11/25/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD